**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re Alaska Communications Systems Group, Inc. Securities Litigation** | **MDL No. 2991** |

**Proof of Service**

      I hereby certify that on March 8, 2021, I caused to be served true and correct copies of the foregoing Notice of Appearance of Andrew W. Stern, dated March 8, 2021, and the Corporate Disclosure Statement of Alaska Communications Systems Group, Inc., dated March 8, 2021, to the following via the CM/ECF system:

Gloria Kui Melwani
Melwani and Chan LLP
1180 Avenue of the Americas, 8th Floor
New York, NY 10036
gloria@melwanichan.com
  **Counsel for Plaintiff: Shiva Stein**
  S.D. New York, No. 1:21-cv-00760

Gina M. Serra
Rigrodsky Law, P.A.
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
gms@rl-legal.com
  **Counsel for Plaintiffs: Salif Coulibaly and Peter Flood**
  D. Delaware, No. 1:21-cv-00131
  D. Delaware, No. 1:21-cv-00224

Justin A. Kuehn
Moore Kuehn, PLLC
30 Wall Street, 8th Floor
New York, NY 10005
jkuehn@moorekuehn.com
  **Counsel for Plaintiff: James Cazort**
  S.D. New York, No. 1:21-cv-01139

I further certify that on March 9, 2021, I caused to be served true and correct copies of the foregoing Notice of Appearance of Andrew W. Stern, dated March 8, 2021, and the Corporate Disclosure Statement of Alaska Communications Systems Group, Inc., dated March 8, 2021, by U.S.P.S. First Class Mail, to the following:

Brian D. Long
Long Law, LLC
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
  **Counsel for Plaintiff: John Ryan**
  D. Delaware, No. 1:21-cv-00222

Daniel Sadeh
  sadeh@halpersadeh.com
Zachary Halper
  zhalper@halpersadeh.com
Halper Sadeh LLP
667 Madison Avenue, 5th Floor
New York, NY 10065
  **Counsel for Plaintiff: Richard Holodnak**
  E.D. New York, No. 1:21-cv-00656

Erik J. Olson
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
ejolson@mofo.com
  **Counsel for Defendants: ATN International, Inc.; Freedom 3 Investments, IV, LP; Freedom 3 Capital LLC; Project 8 Buyer, LLC; and Project 8 MergerSub, Inc.**
  S.D. New York, No. 1:21-cv-00760

Juan E. Monteverde
Monteverde & Associates PC
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
jmonteverde@monteverdelaw.com
  **Counsel for Plaintiffs: Theodore Coraci; Christine Zilch; and Steve Bergquist**
  S.D. New York, No. 1:21-cv-00887
  S.D. New York, No. 1:21-cv-00890
  S.D. New York, No. 1:21-cv-01226

Guri Ademi
  gademi@ademilaw.com
Jesse Fruchter
  jfruchter@ademilaw.com
Ademi LLP
3620 East Layton Avenue
Cudahy, WI 53110
  **Counsel for Plaintiff: Christine Zilch**
  S.D. New York, No. 1:21-cv-00890

Joshua M. Lifshitz
Lifshitz Law Firm, P.C.
1190 Broadway
Hewlett, NY 11557
jml@jlclasslaw.com
  **Counsel for Plaintiff: Tammy Raul**
  S.D. New York, No. 1:21-cv-00988

Michael Palestina
Kahn Swick & Foti, LLC
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
michael.palestina@ksfcounsel.com
  **Counsel for Plaintiff: Steve Bergquist**
  S.D. New York, No. 1:21-cv-01226

Richard A. Acocelli
Weisslaw LLP
1500 Broadway, 16th Floor
New York, NY 10036
racocelli@weisslawllp.com
  **Counsel for Plaintiff: Shannon Jenkins**
  S.D. New York, No. 1:21-cv-01409

Richard A. Maniskas
RM Law, P.C.
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
rm@maniskas.com
  **Counsel for Plaintiff: Dennis Palkon**
  E.D. Pennsylvania, No. 5:21-cv-00481

Dated: New York, New York
      March 9, 2021

SIDLEY AUSTIN LLP

By:   */s/ Andrew W. Stern*
     Andrew W. Stern
      astern@sidley.com
     Charlotte K. Newell
      cnewell@sidley.com
     Vincent J. Margiotta
      vmargiotta@sidley.com
     787 Seventh Avenue
     New York, New York 10019
     Telephone: (212) 839-5300
     Fax: (212) 839-5599

*Attorneys for Alaska Communications Systems Group., Inc., David W. Karp, Peter D. Aquino, Wayne Barr, Jr., William H. Bishop, Benjamin C. Duster IV, and Shelly C. Lombard*