**EXHIBIT A**

**PARTIES REPRESENTED**

1. Plaintiff Salif Coulibaly

2. Plaintiff Peter Flood