BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:** Alaska Communications Systems Group, Inc.,
Securities Litigation

**MDL No. 2991**

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance and Exhibits A and B were served on all parties in the following cases electronically via ECF on March 10, 2021.

Andrew W. Stern, Esq.
Charlotte K. Newell, Esq.
Vincent J. Margiotta, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: astern@sidley.com
Email: enewell@sidley.com
Email: vmargiotta@sidley.com

**Counsel for Defendants Alaska Communications Systems Group, Inc., David W. Karp, Peter D. Aquino, Wayne Barr, Jr., William H. Bishop, Benjamin C. Duster IV, and Shelly C. Lombard**

**Coraci v. Alaska Communications Systems Group, Inc., Case No. 1:21-cv-00887 (S.D.N.Y.)**

Juan E. Monteverde, Esq.
Monteverde & Associates PC
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Telephone: (212) 971-1341
Facsimile: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

**Counsel for Plaintiff Theodore Coraci**

**Zilch v. Alaska Communications Systems Group, Inc., Case No. 1:21-cv-00887 (S.D.N.Y.)**

| | |
|---|---|
| Juan E. Monteverde, Esq.<br>Monteverde & Associates PC<br>The Empire State Building<br>350 Fifth Avenue, Suite 4405<br>New York, NY 10118<br>Telephone: (212) 971-1341<br>Facsimile: (212) 202-7880<br>Email: jmonteverde@monteverdelaw.com<br><br>**Counsel for Plaintiff Christine Zilch** | Guri Ademi, Esq.<br>Jesse Fruchter, Esq.<br>Ademi LLP<br>3620 East Layton Avenue<br>Cudahy, WI 53110<br>Telephone: (414) 482-8000<br>Facsimile: (414) 482-8001<br>Email: gademi@ademilaw.com<br>Email: jfruchter@ademilaw.com<br><br>**Counsel for Plaintiff Christine Zilch** |

**Palkon v. Alaska Communications Systems Group, Inc., Case No. 5:21-cv-00481 (E.D. Pa.)**

Richard A. Maniskas, Esq.
RM Law, P.C.
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

**Counsel for Plaintiff Dennis Palkon**

**Raul v. Alaska Communications Systems Group, Inc., Case No. 1:21-cv-00988 (S.D.N.Y.)**

Joshua M. Lifshitz, Esq.
Lifshitz Law Firm, P.C.
1190 Broadway
Hewlett, NY 11557
Telephone: (516) 493-9780
Facsimile: (516) 280-7376
Email: jml@jlclasslaw.com

**Counsel for Plaintiff Tammy Raul**

**Holodnak v. Alaska Communications Systems Group, Inc., Case No. 1:21-cv-00656 (E.D.N.Y.)**

Daniel Sadeh, Esq.
Zachary Halper, Esq.
Halper Sadeh LLP
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com
Email: zhalper@halpersadeh.com

**Counsel for Plaintiff Richard Holodnak**

**Cazort v. Alaska Communications Systems Group, Inc., Case No. 1:21-cv-01139 (S.D.N.Y.)**

Justin A. Kuehn, Esq.
Fletcher W. Moore, Esq.
Moore Kuehn, PLLC
30 Wall Street, 8th Floor
New York, NY 10005
Telephone: (212) 709-8245
Email: jkuehn@moorekuehn.com
Email: fmoore@moorekuehn.com

**Counsel for Plaintiff James Cazort**

**Bergquist v. Alaska Communications Systems Group, Inc., Case No. 1:21-cv-01226 (S.D.N.Y.)**

Juan E. Monteverde, Esq.
Monteverde & Associates PC
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Telephone: (212) 971-1341
Facsimile: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

**Counsel for Plaintiff Steve Bergquist**

Michael Palestina, Esq.
Kahn Swick & Foti, LLC
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: michael.palestna@ksfcounsel.com

**Counsel for Plaintiff Steve Bergquist**

**Ryan v. Alaska Communications Systems Group, Inc., Case No. 1:21-cv-00222 (D. Del.)**

Brian D. Long, Esq.
Long Law, LLC
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: bdlong@longlawde.com

**Counsel for Plaintiff John Ryan**

**Jenkins v. Alaska Communications Systems Group, Inc., Case No. 1:21-cv-01409 (S.D.N.Y.)**

Richard A. Acocelli, Esq.
WeissLaw LLP
1500 Broadway, 16th Floor
New York, NY 10036
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
Email: racocelli@weisslawllp.com

**Counsel for Shannon Jenkins**

Dated: March 10, 2021                    **RIGRODSKY LAW, P.A.**

By:  */s/ Gina M. Serra*
     Gina M. Serra
     300 Delaware Avenue, Suite 210
     Wilmington, DE 19801
     Telephone: (302) 295-5310
     Facsimile: (302) 654-7530
     Email: gms@rl-legal.com

     *Attorneys for Plaintiffs Salif Coulibaly*
     *and Peter Flood*