**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re Alaska Communications Systems Group, Inc. Securities Litigation | MDL No. 2991 |

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2021, the Notice of Appearance of Justin Kuehn (Dkt. No. 9) was served on all counsel or record by ECF filing.

Dated: March 11, 2021

                                              */s/Justin Kuehn*
                                               Justin Kuehn