

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 5397
ASTERN@SIDLEY.COM

March 25, 2021

Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255, North Lobby
Washington, DC 20544-0005

> Re:   *In re Alaska Communications Systems Group, Inc., Securities Litigation*
>        MDL Case. No. 2991

Dear Sir/Madam:

     We represent Alaska Communications Systems Group, Inc., David W. Karp, Peter D. Aquino, Wayne Barr, Jr., William H. Bishop, Benjamin C. Duster IV, and Shelly C. Lombard (the "Alaska Defendants"), in the above-referenced multidistrict litigation action. We submit this letter pursuant to Judicial Panel on Multidistrict Litigation Rule 6.1(f).

     On February 19, 2021, the Alaska Defendants filed a motion, pursuant 28 U.S.C. § 1407, to transfer to the District of Delaware, for coordinated or consolidated pretrial proceedings, twelve actions filed in four different federal district courts (the "Motion"). By March 16, 2021, ten of the subject actions were voluntarily dismissed. On March 22, 2021, the Alaska Defendants filed a reply brief in further support of the Motion, requesting the Panel transfer one of the remaining actions—*Shannon Jenkins v. Alaska Communications Systems Group, Inc.*, No. 1:21-cv-01409-AT (S.D.N.Y. Feb. 17, 2021) ("*Jenkins*")—to the Honorable Leonard P. Stark of the U.S. District Court for the District of Delaware, before whom the other remaining action—*John Ryan v. Alaska Communications Systems Group, Inc.*, No. 1:21-cv-00222-LPS (D. Del. Feb. 17, 2021) ("*Ryan*")—was pending. On March 24, 2021, a notice of voluntary dismissal was filed in *Ryan*.[1]

---

[1]    See Plaintiff's Notice of Voluntary Dismissal, *Ryan v. Alaska Commc'ns Sys. Grp., Inc.*, No. 1:21-cv-00222-LPS (D. Del. Mar. 24, 2021).

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

# SIDLEY

Clerk of the Panel
March 25, 2021
Page 2

Accordingly, *Jenkins* is the only subject action pending at this time.  For this reason, the Motion is now moot.

                                              Respectfully submitted,

                                              */s/ Andrew W. Stern*
                                              Andrew W. Stern

AWS